# APPENDIX OF ALLEGATIONS

Note:  All exhibit references in the below appendices are to the exhibits attached to the June 16, 2025, Declaration of Chet Kroenberg [ECF No. 23], filed in this lawsuit.

## **Appendix 1**

> Exh. 3, ¶¶ 96, 98-99. 111-115, 121-122
> Exh. 4, ¶¶ 94, 96-97, 113-117, 123-124
> Exh. 5, ¶¶ 75, 77-78, 91-95, 102-103
> Exh. 6, ¶¶ 71, 73-74, 76-77, 83-84
> Exh. 8, ¶¶ 62, 64-65, 74-76, 82-83
> Exh. 9, ¶¶ 91, 93-94, 105-107, 114-115
> Exh. 10, ¶¶ 77, 79-80, 89-91, 95-96
> Exh. 11, ¶¶ 97, 99-100, 110-114, 121-122
> Exh. 12, ¶¶ 91, 93-94, 110-111, 118-119
> Exh. 13, ¶¶ 78, 80-81, 92-95, 102-103
> Exh. 14, ¶¶ 108, 110-111, 120-121, 125-126
> Exh. 15, ¶¶ 106, 108-109, 117-118, 125-126
> Exh. 16, ¶¶ 72, 74-75, 84-85, 88-90
> Exh. 17, ¶¶ 65, 67-68, 81-82, 87-88
> Exh. 19, ¶¶ 66, 68-69, 89-93, 98-99
> Exh. 20, ¶¶ 68, 70-71, 83-87, 94-95
> Exh. 21, ¶¶ 85, 87-88, 105-109, 115-116
> Exh. 22, ¶¶ 66, 68-69, 75-80, 96-100
> Exh. 23, ¶¶ 65-66, 70-71
> Exh. 24, ¶¶ 63, 65-66, 79-83, 89-90
> Exh. 25, ¶¶ 69, 71-72, 82-86, 92-93
> Exh. 26, ¶¶ 49, 51-52, 58-59, 63-64
> Exh. 27, ¶¶ 83, 85-86, 100-101, 107-108
> Exh. 28, ¶¶ 156, 158-159, 171-175, 181-182
> Exh. 30, ¶¶ 52, 54-55, 65-69, 75-76
> Exh. 31, ¶¶ 60, 62-63, 75-76, 81-82
> Exh. 32, ¶¶ 107, 109-110, 122-123, 129-130
> Exh. 33, ¶¶ 143, 145-146, 157-161, 168-169
> Exh. 35, ¶¶ 57, 59-60, 71-74, 80-81
> Exh. 38, ¶¶ 76, 78-79, 93-95, 99-100
> Exh. 42, ¶¶ 76, 78-79, 92-93, 97-98
> Exh. 43, ¶¶ 86, 88-89, 100-104, 111-112
> Exh. 44, ¶¶ 38-39, 43-44
> Exh. 45, ¶¶ 43, 45-46, 53-59, 66-67
> Exh. 46, ¶¶ 50, 52-53, 62-66, 73-74
> Exh. 47, ¶¶ 55, 57-58, 76-80, 87-88
> Exh. 48, ¶¶ 75, 77-78, 88-92, 99-100
> Exh. 49, ¶¶ 124, 126-127, 140-144, 151-152
> Exh. 50, ¶¶ 89, 91-92, 112-116, 123-124
> Exh. 51, ¶¶ 81, 83-84, 93-97, 104-105
> Exh. 52, ¶¶ 81, 83-84, 98-102, 109-110

Surface Warehouse's Appendix of Allegations

Exh. 53, ¶¶ 53, 55-56, 73-77, 84-85
Exh. 54, ¶¶ 50, 52-53, 68-72, 79-80
Exh. 55, ¶¶ 94, 96-97, 111-115, 122-123
Exh. 56, ¶¶ 47, 49-50, 64-68, 75-76
Exh. 57, ¶¶ 82, 84-85, 99-103, 110-111
Exh. 58, ¶¶ 60, 62-63, 73-77, 84-85
Exh. 59, ¶¶ 115, 117-118, 127-131, 142-143
Exh. 60, ¶¶ 91, 93-94, 109-113, 120-121
Exh. 61, ¶¶ 73, 75-76, 85-89, 95-96
Exh. 62, ¶¶ 73, 75-76, 94-98, 105-106
Exh. 63, ¶¶ 69, 71-72, 84-88, 95-96
Exh. 64, ¶¶ 64, 66-67, 80-84, 91-92
Exh. 65, ¶¶ 83, 85-86, 98-102, 109-110
Exh. 66, ¶¶ 62, 64-65, 78-82, 89-90
Exh. 67, ¶¶ 64, 66-67, 85-89, 96-97
Exh. 68, ¶¶ 64, 66-67, 79-83, 90-91
Exh. 69, ¶¶ 79, 81-82, 91-95, 102-103
Exh. 70, ¶¶ 68, 70-71, 83-87, 94-95
Exh. 71, ¶¶ 68, 70-71, 84-88, 95-96
Exh. 72, ¶¶ 77, 79-80, 90-94, 101-102
Exh. 73, ¶¶ 92, 94-95, 104-108, 115-116
Exh. 74, ¶¶ 97, 99-100, 114-118, 125-126
Exh. 75, ¶¶ 69, 71-72, 85-89, 96-97
Exh. 76, ¶¶ 52, 54-55, 65-69, 76-77
Exh. 77, ¶¶ 115, 117-118, 129-133, 140-141
Exh. 78, ¶¶ 66, 68-69, 79-83, 90-91
Exh. 79, ¶¶ 63, 65-66, 79-83, 90-91
Exh. 80, ¶¶ 101, 103-104, 115-119, 126-127
Exh. 81, ¶¶ 62, 64-65, 77-81, 88-89
Exh. 82, ¶¶ 76, 78-79, 92-96, 103-104
Exh. 83, ¶¶ 88, 90-91, 109-113, 120-121
Exh. 84, ¶¶ 86, 88-89, 99-103, 110-111
Exh. 85, ¶¶ 53, 55-56, 65-69, 75-76
Exh. 86, ¶¶ 91, 93-94, 108-112, 119-120
Exh. 87, ¶¶ 81, 83-84, 94-99, 105-106
Exh. 88, ¶¶ 73, 75-76, 87-91, 98-99
Exh. 89, ¶¶ 98, 100-101, 114-118, 125-126
Exh. 90, ¶¶ 83, 85-86, 100-104, 111-112
Exh. 91, ¶¶ 61, 63-64, 74-78, 85-86
Exh. 92, ¶¶ 71, 73-74, 88-92, 99-100
Exh. 93, ¶¶ 111, 113-114, 126-130, 137-138
Exh. 94, ¶¶ 69, 71-72, 84-88, 95-96
Exh. 95, ¶¶ 72, 74-75, 86-90, 97-98
Exh. 96, ¶¶ 65, 67-68, 83-87, 94-95
Exh. 97, ¶¶ 57, 59-60, 70-74, 81-82
Exh. 98, ¶¶ 78, 80-81, 94-98, 105-106

```
Exh. 99, ¶¶ 95, 97-98, 109-113, 120-121
Exh. 100, ¶¶ 74, 76-77, 89-93, 100-101
Exh. 101, ¶¶ 59, 61-62, 74-78, 85-86
Exh. 102, ¶¶ 58, 60-61, 71-75, 82-83
Exh. 103, ¶¶ 72, 74-75, 87-91, 98-99
Exh. 105, ¶¶ 77, 79-80, 90-94, 101-102
Exh. 106, ¶¶ 97, 99-100, 118-122, 129-130
Exh. 107, ¶¶ 57, 59-60, 75-79, 86-87
Exh. 108, ¶¶ 114, 116-117, 128-132, 139-140
Exh. 109, ¶¶ 70, 72-73, 87-91, 98-99
Exh. 110, ¶¶ 43, 45-46, 55-59, 66-67
Exh. 111, ¶¶ 69, 71-72, 98-102, 109-110
Exh. 112, ¶¶ 62, 64-65, 82-86, 93-94
Exh. 113, ¶¶ 66, 68-69, 81-85, 92-93
Exh. 114, ¶¶ 65, 67-68, 78-82, 89-90
Exh. 115, ¶¶ 63, 65-66, 76-80, 87-88
Exh. 116, ¶¶ 71, 73-74, 85-89, 96-97
Exh. 117, ¶¶ 68, 70-71, 86-90, 97-98
Exh. 118, ¶¶ 65, 67-68, 82-86, 93-94
Exh. 119, ¶¶ 65, 67-68, 81-85, 92-93
Exh. 120, ¶¶ 90, 92-93, 104-108, 115-116
Exh. 121, ¶¶ 63, 65-66, 79-83, 90-91
Exh. 123, ¶¶ 66, 68-69, 80-84, 91-92
Exh. 124, ¶¶ 79, 81-82, 96-100, 107-108
Exh. 125, ¶¶ 72, 74-75, 85-89, 96-97
Exh. 126, ¶¶ 84, 86-87, 103-108, 115-116
Exh. 127, ¶¶ 74, 76-77, 88-92, 99-100
Exh. 128, ¶¶ 50, 52-53, 65-69, 76-77
Exh. 129, ¶¶ 60, 62-63, 75-79, 86-87
Exh. 130, ¶¶ 75, 77-78, 93-97, 104-105
Exh. 131, ¶¶ 94, 96-97, 106-110, 117-118
```

## **Appendix 2**

```
Exh. 3, ¶¶ 96-97, 99, 111-115, 121-122
Exh. 4, ¶¶ 94-95, 97, 113-117, 123-124
Exh. 5, ¶¶ 75-76, 78, 91-95, 102-103
Exh. 6, ¶¶ 71-72, 74, 76-77, 83-84
Exh. 7, ¶¶ 50-51, 55-56
Exh. 8, ¶¶ 6263, 65, 74-76, 82-83
Exh. 9, ¶¶ 91-92, 94, 105-107, 114-115
Exh. 10, ¶¶ 77-78, 80, 89-91, 95-96
Exh. 11, ¶¶ 97-98, 100, 110-114, 121-122
Exh. 12, ¶¶ 91-92, 94, 110-111, 118-119
Exh. 13, ¶¶ 78-79, 81, 92-95, 102-103
```

Exh. 14, ¶¶ 108-109, 111, 120-121, 125-126
Exh. 15, ¶¶ 106-107, 109, 117-118, 125-126
Exh. 16, ¶¶ 72-73, 75, 84-85, 88-90
Exh. 17, ¶¶ 65-66, 68, 81-82, 87-88
Exh. 18, ¶¶ 33-34, 40-41, 45-46
Exh. 19, ¶¶ 66-67, 69, 89-93, 98-99
Exh. 20, ¶¶ 68-69, 71, 83-87, 94-95
Exh. 21, ¶¶ 85-86, 88, 105-109, 115-116
Exh. 22, ¶¶ 66-67, 69, 75-80, 96-100
Exh. 23, ¶¶ 65-66, 70-71
Exh. 24, ¶¶ 63-64, 66, 79-83, 89-90
Exh. 25, ¶¶ 69-70, 72, 82-86, 92-93
Exh. 26, ¶¶ 49-50, 52, 58-59, 63-64
Exh. 27, ¶¶ 83-84, 86, 100-101, 107-108
Exh. 28, ¶¶ 156-157, 159, 171-175, 181-182
Exh. 29, ¶¶ 62-63, 68-73, 77-78
Exh. 30, ¶¶ 52-53, 55, 65-69, 75-76
Exh. 31, ¶¶ 60-61, 63, 75-76, 81-82
Exh. 32, ¶¶ 107-108, 110, 122-123, 129-130
Exh. 33, ¶¶ 143-144, 146, 157-161, 168-169
Exh. 34, ¶¶ 36-37, 41-42
Exh. 35, ¶¶ 57-58, 60, 71-74, 80-81
Exh. 36, ¶¶ 62, 66-67
Exh. 37, ¶¶ 74-75, 81-82
Exh. 38, ¶¶ 76-77, 79, 93-95, 99-100
Exh. 39, ¶¶ 41-42, 46-47
Exh. 40, ¶¶ 98, 102-103
Exh. 41, ¶¶ 33-34, 40-41
Exh. 42, ¶¶ 76-77, 79, 92-93, 97-98
Exh. 43, ¶¶ 86-87, 89, 100-104, 111-112
Exh. 44, ¶¶ 38-39, 43-44
Exh. 45, ¶¶ 43-44, 46, 53-59, 66-67
Exh. 46, ¶¶ 50-51, 53, 62-66, 73-74
Exh. 47, ¶¶ 55-56, 58, 76-80, 87-88
Exh. 48, ¶¶ 75-76, 78, 88-92, 99-100
Exh. 49, ¶¶ 124-125, 127, 140-144, 151-152
Exh. 50, ¶¶ 89-90, 92, 112-116, 123-124
Exh. 51, ¶¶ 81-82, 84, 93-97, 104-105
Exh. 52, ¶¶ 81-82, 84, 98-102, 109-110
Exh. 53, ¶¶ 53-54, 56, 73-77, 84-85
Exh. 54, ¶¶ 50-51, 53, 68-72, 79-80
Exh. 55, ¶¶ 94-95, 97, 111-115, 122-123
Exh. 56, ¶¶ 47-48, 50, 64-68, 75-76
Exh. 57, ¶¶ 82-83, 85, 99-103, 110-111
Exh. 58, ¶¶ 60-61, 63, 73-77, 84-85
Exh. 59, ¶¶ 115-116, 118, 127-131, 142-143

Exh. 60, ¶¶ 91-92, 94, 109-113, 120-121
Exh. 61, ¶¶ 73-74, 76, 85-89, 95-96
Exh. 62, ¶¶ 73-74, 76, 94-98, 105-106
Exh. 63, ¶¶ 69-70, 72, 84-88, 95-96
Exh. 64, ¶¶ 64-65, 67, 80-84, 91-92
Exh. 65, ¶¶ 83-84, 86, 98-102, 109-110
Exh. 66, ¶¶ 62-63, 65, 78-82, 89-90
Exh. 67, ¶¶ 64-65, 67, 85-89, 96-97
Exh. 68, ¶¶ 64-65, 67, 79-83, 90-91
Exh. 69, ¶¶ 79-80, 82, 91-95, 102-103
Exh. 70, ¶¶ 68-69, 71, 83-87, 94-95
Exh. 71, ¶¶ 68-69, 71, 84-88, 95-96
Exh. 72, ¶¶ 77-78, 80, 90-94, 101-102
Exh. 73, ¶¶ 92-93, 95, 104-108, 115-116
Exh. 74, ¶¶ 97-98, 100, 114-118, 125-126
Exh. 75, ¶¶ 69-70, 72, 85-89, 96-97
Exh. 76, ¶¶ 52-53, 55, 65-69, 76-77
Exh. 77, ¶¶ 115-116, 118, 129-133, 140-141
Exh. 78, ¶¶ 66-67, 69, 79-83, 90-91
Exh. 79, ¶¶ 63-64, 66, 79-83, 90-91
Exh. 80, ¶¶ 101-102, 104, 115-119, 126-127
Exh. 81, ¶¶ 62-63, 65, 77-81, 88-89
Exh. 82, ¶¶ 76-77, 79, 92-96, 103-104
Exh. 83, ¶¶ 88-89, 91, 109-113, 120-121
Exh. 84, ¶¶ 86-87, 89, 99-103, 110-111
Exh. 85, ¶¶ 53-54, 56, 65-69, 75-76
Exh. 86, ¶¶ 91-92, 94, 108-112, 119-120
Exh. 87, ¶¶ 81-82, 84, 94-99, 105-106
Exh. 88, ¶¶ 73-74, 76, 87-91, 98-99
Exh. 89, ¶¶ 98-99, 101, 114-118, 125-126
Exh. 90, ¶¶ 83-84, 86, 100-104, 111-112
Exh. 91, ¶¶ 61-62, 64, 74-78, 85-86
Exh. 92, ¶¶ 71-72, 74, 88-92, 99-100
Exh. 93, ¶¶ 111-112, 114, 126-130, 137-138
Exh. 94, ¶¶ 69-70, 72, 84-88, 95-96
Exh. 95, ¶¶ 72-73, 75, 86-90, 97-98
Exh. 96, ¶¶ 65-66, 68, 83-87, 94-95
Exh. 97, ¶¶ 57-58, 60, 70-74, 81-82
Exh. 98, ¶¶ 78-79, 81, 94-98, 105-106
Exh. 99, ¶¶ 95-96, 98, 109-113, 120-121
Exh. 100, ¶¶ 74-75, 77, 89-93, 100-101
Exh. 101, ¶¶ 59-60, 62, 74-78, 85-86
Exh. 102, ¶¶ 58-59, 61, 71-75, 82-83
Exh. 103, ¶¶ 72-73, 75, 87-91, 98-99
Exh. 104, ¶¶ 365-366
Exh. 105, ¶¶ 77-78, 80, 90-94, 101-102

Surface Warehouse's Appendix of Allegations

| |
|---|
| Exh. 106, ¶¶ 97-98, 100, 118-122, 129-130 |
| Exh. 107, ¶¶ 57-58, 60, 75-79, 86-87 |
| Exh. 108, ¶¶ 114-115, 117, 128-132, 139-140 |
| Exh. 109, ¶¶ 70-71, 73, 87-91, 98-99 |
| Exh. 110, ¶¶ 43-44, 46, 55-59, 66-67 |
| Exh. 111, ¶¶ 69-70, 72, 98-102, 109-110 |
| Exh. 112, ¶¶ 62-63, 65, 82-86, 93-94 |
| Exh. 113, ¶¶ 66-67, 69, 81-85, 92-93 |
| Exh. 114, ¶¶ 65-66, 68, 78-82, 89-90 |
| Exh. 115, ¶¶ 63-64, 66, 76-80, 87-88 |
| Exh. 116, ¶¶ 71-72, 74, 85-89, 96-97 |
| Exh. 117, ¶¶ 68-69, 71, 86-90, 97-98 |
| Exh. 118, ¶¶ 65-66, 68, 82-86, 93-94 |
| Exh. 119, ¶¶ 65-66, 68, 81-85, 92-93 |
| Exh. 120, ¶¶ 90-91, 93, 104-108, 115-116 |
| Exh. 121, ¶¶ 63-64, 66, 79-83, 90-91 |
| Exh. 123, ¶¶ 66-67, 69, 80-84, 91-92 |
| Exh. 124, ¶¶ 79-80, 82, 96-100, 107-108 |
| Exh. 125, ¶¶ 72-73, 75, 85-89, 96-97 |
| Exh. 126, ¶¶ 84-85, 87, 103-108, 115-116 |
| Exh. 127, ¶¶ 74-75, 77, 88-92, 99-100 |
| Exh. 128, ¶¶ 50-51, 53, 65-69, 76-77 |
| Exh. 129, ¶¶ 60-61, 63, 75-79, 86-87 |
| Exh. 130, ¶¶ 75-76, 78, 93-97, 104-105 |
| Exh. 131, ¶¶ 94-95, 97, 106-110, 117-118 |

**Appendix 3**

| |
|---|
| Exh. 3, ¶¶ 1343-1346 |
| Exh. 9, ¶¶ 1334-1337 |
| Exh. 10, ¶¶ 1092-1095 |
| Exh. 11, ¶¶ 1342-1345 |
| Exh. 13, ¶¶ 1250-1253 |
| Exh. 31, ¶¶ 1102-1107 |
| Exh. 37, ¶¶ 168-171 |
| Exh. 40, ¶¶ 506-509 |
| Exh. 53, ¶¶ 1285-1288 |
| Exh. 54, ¶¶ 1280-1283 |
| Exh. 55, ¶¶ 1394-1397 |
| Exh. 56, ¶¶ 1276-1279 |
| Exh. 57, ¶¶ 1329-1332 |
| Exh. 58, ¶¶ 1303-1306 |
| Exh. 59, ¶¶ 1361-1364 |
| Exh. 60, ¶¶ 1339-1342 |
| Exh. 61, ¶¶ 1323-1329 |

Surface Warehouse's Appendix of Allegations

Exh. 62, ¶¶ 1324-1327
Exh. 63, ¶¶ 1317-1320
Exh. 64, ¶¶ 1310-1313
Exh. 65, ¶¶ 1331-1334
Exh. 66, ¶¶ 1308-1311
Exh. 67, ¶¶ 1317-1320
Exh. 68, ¶¶ 1311-1314
Exh. 69, ¶¶ 1323-1326
Exh. 70, ¶¶ 1316-1319
Exh. 71, ¶¶ 1313-1316
Exh. 72, ¶¶ 1323-1326
Exh. 73, ¶¶ 1336-1339
Exh. 74, ¶¶ 1347-1350
Exh. 75, ¶¶ 1317-1320
Exh. 76, ¶¶ 1299-1302
Exh. 77, ¶¶ 1359-1362
Exh. 78, ¶¶ 1300-1303
Exh. 79, ¶¶ 1311-1314
Exh. 80, ¶¶ 1346-1349
Exh. 81, ¶¶ 1309-1312
Exh. 82, ¶¶ 1324-1327
Exh. 83, ¶¶ 1341-1344
Exh. 84, ¶¶ 1330-1333
Exh. 85, ¶¶ 1298-1301
Exh. 86, ¶¶ 1341-1344
Exh. 87, ¶¶ 1327-1330
Exh. 88, ¶¶ 1316-1319
Exh. 89, ¶¶ 1346-1349
Exh. 90, ¶¶ 1314-1317
Exh. 91, ¶¶ 1308-1311
Exh. 92, ¶¶ 1322-1325
Exh. 93, ¶¶ 1358-1361
Exh. 94, ¶¶ 1314-1317
Exh. 95, ¶¶ 1319-1322
Exh. 96, ¶¶ 1316-1319
Exh. 97, ¶¶ 1266-1268
Exh. 98, ¶¶ 1327-1330
Exh. 99, ¶¶ 1341-1344
Exh. 100, ¶¶ 1321-1324
Exh. 101, ¶¶ 1308-1311
Exh. 102, ¶¶ 1267-1269
Exh. 103, ¶¶ 1320-1323
Exh. 105, ¶¶ 1322-1325
Exh. 106, ¶¶ 1361-1364
Exh. 107, ¶¶ 1342-1345
Exh. 108, ¶¶ 1395-1398

Surface Warehouse's Appendix of Allegations

| |
|---|
| Exh. 109, ¶¶ 1321-1324 |
| Exh. 111, ¶¶ 1364-1367 |
| Exh. 112, ¶¶ 1325-1328 |
| Exh. 113, ¶¶ 1348-1351 |
| Exh. 114, ¶¶ 1345-1348 |
| Exh. 115, ¶¶ 1343-1346 |
| Exh. 116, ¶¶ 1351-1354 |
| Exh. 118, ¶¶ 1348-1351 |
| Exh. 119, ¶¶ 1307-1310 |
| Exh. 120, ¶¶ 1371-1374 |
| Exh. 121, ¶¶ 1318-1321 |
| Exh. 123, ¶¶ 1322-1325 |
| Exh. 124, ¶¶ 1363-1366 |
| Exh. 125, ¶¶ 1353-1356 |
| Exh. 126, ¶¶ 1362-1365 |
| Exh. 127, ¶¶ 1355-1358 |
| Exh. 128, ¶¶ 1303-1306 |
| Exh. 129, ¶¶ 1341-1344 |
| Exh. 130, ¶¶ 1360-1363 |
| Exh. 131, ¶¶ 1363-1366 |

**Appendix 4**

| |
|---|
| Exh. 3, ¶ 161 |
| Exh. 4, ¶ 163 |
| Exh. 5, ¶ 142 |
| Exh. 7, ¶ 95 |
| Exh. 8, ¶ 121 |
| Exh. 9, ¶ 154 |
| Exh. 10, ¶ 135 |
| Exh. 11, ¶ 161 |
| Exh. 12, ¶ 158 |
| Exh. 13, ¶ 142 |
| Exh. 14, ¶ 165 |
| Exh. 15, ¶ 165 |
| Exh. 16, ¶ 127 |
| Exh. 17, ¶ 127 |
| Exh. 18, ¶ 85 |
| Exh. 19, ¶ 138 |
| Exh. 20, ¶ 134 |
| Exh. 21, ¶ 164 |
| Exh. 23, ¶ 110 |
| Exh. 24, ¶ 129 |
| Exh. 25, ¶ 132 |

Exh. 26, ¶ 103
Exh. 27, ¶ 147
Exh. 28, ¶ 221
Exh. 29, ¶ 117
Exh. 30, ¶ 115
Exh. 31, ¶ 122
Exh. 32, ¶ 169
Exh. 33, ¶ 208
Exh. 34, ¶ 81
Exh. 35, ¶ 120
Exh. 36, ¶ 106
Exh. 38, ¶ 139
Exh. 39, ¶ 86
Exh. 40, ¶ 142
Exh. 41, ¶ 80
Exh. 42, ¶ 137
Exh. 44, ¶ 83
Exh. 45, ¶ 106
Exh. 46, ¶ 113
Exh. 47, ¶ 127
Exh. 48, ¶ 139
Exh. 49, ¶ 191
Exh. 50, ¶ 163
Exh. 51, ¶ 144
Exh. 52, ¶ 149
Exh. 53, ¶ 124
Exh. 54, ¶ 119
Exh. 55, ¶ 162
Exh. 56, ¶ 115
Exh. 57, ¶ 150
Exh. 58, ¶ 124
Exh. 59, ¶ 182
Exh. 60, ¶ 160
Exh. 61, ¶ 135
Exh. 62, ¶ 145
Exh. 63, ¶ 135
Exh. 64, ¶ 131
Exh. 65, ¶ 149
Exh. 66, ¶ 129
Exh. 67, ¶ 136
Exh. 68, ¶ 130
Exh. 69, ¶ 141
Exh. 70, ¶ 134
Exh. 71, ¶ 135
Exh. 72, ¶ 141
Exh. 73, ¶ 155

Surface Warehouse's Appendix of Allegations

Exh. 74, ¶ 165
Exh. 75, ¶ 136
Exh. 76, ¶ 116
Exh. 77, ¶ 180
Exh. 78, ¶ 130
Exh. 79, ¶ 130
Exh. 80, ¶ 166
Exh. 81, ¶ 128
Exh. 82, ¶ 143
Exh. 83, ¶ 160
Exh. 84, ¶ 150
Exh. 85, ¶ 115
Exh. 86, ¶ 159
Exh. 87, ¶ 145
Exh. 88, ¶ 138
Exh. 89, ¶ 165
Exh. 90, ¶ 151
Exh. 91, ¶ 125
Exh. 92, ¶ 139
Exh. 93, ¶ 177
Exh. 94, ¶ 135
Exh. 95, ¶ 137
Exh. 96, ¶ 134
Exh. 97, ¶ 121
Exh. 98, ¶ 145
Exh. 99, ¶ 160
Exh. 100, ¶ 140
Exh. 101, ¶ 125
Exh. 102, ¶ 122
Exh. 103, ¶ 138
Exh. 104, ¶ 86
Exh. 105, ¶ 141
Exh. 106, ¶ 169
Exh. 107, ¶ 126
Exh. 108, ¶ 179
Exh. 109, ¶ 138
Exh. 110, ¶ 106
Exh. 111, ¶ 149
Exh. 112, ¶ 133
Exh. 113, ¶ 132
Exh. 114, ¶ 129
Exh. 115, ¶ 127
Exh. 116, ¶ 136
Exh. 117, ¶ 137
Exh. 118, ¶ 133
Exh. 119, ¶ 132

Surface Warehouse's Appendix of Allegations

| |
|---|
| Exh. 120, ¶ 155 |
| Exh. 121, ¶ 130 |
| Exh. 123, ¶ 131 |
| Exh. 124, ¶ 147 |
| Exh. 125, ¶ 136 |
| Exh. 126, ¶ 155 |
| Exh. 127, ¶ 139 |
| Exh. 128, ¶ 116 |
| Exh. 129, ¶ 126 |
| Exh. 130, ¶ 144 |
| Exh. 131, ¶ 157 |

## **Appendix 5**

| |
|---|
| Exh. 3, ¶¶ 106-115 |
| Exh. 4, ¶¶ 104-117 |
| Exh. 5, ¶¶ 85-95 |
| Exh. 7, ¶¶ 48-51 |
| Exh. 8, ¶¶ 72-76 |
| Exh. 9, ¶¶ 101-107 |
| Exh. 10, ¶¶ 87-91 |
| Exh. 11, ¶¶ 107-114 |
| Exh. 12, ¶¶ 101-111 |
| Exh. 13, ¶¶ 88-95 |
| Exh. 14, ¶¶ 118-121 |
| Exh. 15, ¶¶ 116-118 |
| Exh. 16, ¶¶ 82-85 |
| Exh. 17, ¶¶ 75-82 |
| Exh. 18, ¶¶ 36-41 |
| Exh. 19, ¶¶ 76-93 |
| Exh. 20, ¶¶ 78-87 |
| Exh. 21, ¶¶ 95-109 |
| Exh. 23, ¶¶ 62-66 |
| Exh. 24, ¶¶ 73-83 |
| Exh. 25, ¶¶ 79-86 |
| Exh. 26, ¶¶ 54-59 |
| Exh. 27, ¶¶ 93-101 |
| Exh. 28, ¶¶ 166-175 |
| Exh. 29, ¶¶ 65-73 |
| Exh. 30, ¶¶ 62-69 |
| Exh. 31, ¶¶ 70-76 |
| Exh. 32, ¶¶ 117-123 |
| Exh. 33, ¶¶ 153-161 |

Exh. 34, ¶¶ 35-37
Exh. 35, ¶¶ 67-74
Exh. 36, ¶¶ 61-62
Exh. 37, ¶¶ 73-75
Exh. 38, ¶¶ 86-95
Exh. 39, ¶¶ 34-42
Exh. 40, ¶¶ 94-98
Exh. 41, ¶¶ 31-34
Exh. 42, ¶¶ 81-93
Exh. 43, ¶¶ 96-104
Exh. 44, ¶¶ 36-39
Exh. 45, ¶¶ 53-59
Exh. 46, ¶¶ 60-66
Exh. 47, ¶¶ 65-80
Exh. 48, ¶¶ 85-92
Exh. 49, ¶¶ 134-144
Exh. 50, ¶¶ 99-116
Exh. 51, ¶¶ 91-97
Exh. 52, ¶¶ 91-102
Exh. 53, ¶¶ 63-77
Exh. 54, ¶¶ 60-72
Exh. 55, ¶¶ 104-115
Exh. 56, ¶¶ 57-68
Exh. 57, ¶¶ 92-103
Exh. 58, ¶¶ 70-77
Exh. 59, ¶¶ 125-131
Exh. 60, ¶¶ 101-113
Exh. 61, ¶¶ 83-89
Exh. 62, ¶¶ 83-98
Exh. 63, ¶¶ 79-88
Exh. 64, ¶¶ 74-84
Exh. 65, ¶¶ 93-102
Exh. 66, ¶¶ 72-82
Exh. 67, ¶¶ 74-89
Exh. 68, ¶¶ 74-83
Exh. 69, ¶¶ 89-95
Exh. 70, ¶¶ 78-87
Exh. 71, ¶¶ 78-88
Exh. 72, ¶¶ 87-94
Exh. 73, ¶¶ 102-108
Exh. 74, ¶¶ 107-118
Exh. 75, ¶¶ 79-89
Exh. 76, ¶¶ 62-69
Exh. 77, ¶¶ 125-133
Exh. 78, ¶¶ 76-83
Exh. 79, ¶¶ 73-83

Exh. 80, ¶¶ 111-119
Exh. 81, ¶¶ 72-81
Exh. 82, ¶¶ 86-96
Exh. 83, ¶¶ 98-113
Exh. 84, ¶¶ 96-103
Exh. 85, ¶¶ 63-69
Exh. 86, ¶¶ 101-112
Exh. 87, ¶¶ 91-99
Exh. 88, ¶¶ 83-91
Exh. 89, ¶¶ 108-118
Exh. 90, ¶¶ 93-104
Exh. 91, ¶¶ 71-78
Exh. 92, ¶¶ 81-92
Exh. 93, ¶¶ 121-130
Exh. 94, ¶¶ 79-88
Exh. 95, ¶¶ 82-90
Exh. 96, ¶¶ 75-87
Exh. 97, ¶¶ 67-74
Exh. 98, ¶¶ 88-98
Exh. 99, ¶¶ 105-113
Exh. 100, ¶¶ 84-93
Exh. 101, ¶¶ 69-78
Exh. 102, ¶¶ 68-75
Exh. 103, ¶¶ 82-91
Exh. 104, ¶¶ 359-361
Exh. 105, ¶¶ 87-94
Exh. 106, ¶¶ 107-122
Exh. 107, ¶¶ 67-79
Exh. 108, ¶¶ 124-132
Exh. 109, ¶¶ 80-91
Exh. 110, ¶¶ 53-59
Exh. 111, ¶¶ 79-102
Exh. 112, ¶¶ 72-86
Exh. 113, ¶¶ 76-85
Exh. 114, ¶¶ 75-82
Exh. 115, ¶¶ 73-80
Exh. 116, ¶¶ 81-89
Exh. 117, ¶¶ 78-90
Exh. 118, ¶¶ 75-86
Exh. 119, ¶¶ 75-85
Exh. 120, ¶¶ 100-108
Exh. 121, ¶¶ 73-83
Exh. 123, ¶¶ 76-84
Exh. 124, ¶¶ 89-100
Exh. 125, ¶¶ 82-89
Exh. 126, ¶¶ 94-108

Surface Warehouse's Appendix of Allegations

| |
|---|
| Exh. 127, ¶¶ 84-92 |
| Exh. 128, ¶¶ 60-69 |
| Exh. 129, ¶¶ 70-79 |
| Exh. 130, ¶¶ 85-97 |
| Exh. 131, ¶¶ 104-110 |